IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSSELL WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-4028 |
| ) | |
| MICHAEL WHITE, ERIC REYES, ) | Honorable Judge Manish S. Shah |
| SEBASTIAN FLATLEY, BRIAN DALY, ) | |
| RAUL BAEZA, JR., THOMAS ) | Magistrate Judge Maria Valdez |
| GAYNOR, the CITY OF CHICAGO, ) | |
| THOMAS FINNELLY, COOK ) | |
| COUNTY, and UNIDENTIFIED ) | |
| CHICAGO POLICE OFFICERS and ) | |
| COOK COUNTY STATE'S ) | |
| ATTORNEY INVESTIGATORS, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to Judge Manish S. Shah's July 15, 2020 order (Dkt. 115), the parties submit the following Joint Status Report to update the Court on the status of the settlement documentation and dismissal papers:

1. Plaintiff Russell Walker and all Defendants reached a settlement of this matter on July 14, 2020.

2. As to the settlement between Plaintiff and the City of Chicago Defendants, the parties now have a fully executed General Release and Settlement Agreement. Plaintiff's counsel has confirmed there are no liens that must be addressed as part of the settlement. Paragraph 14 of the Confidentiality Order (Dkt. #43), requires the return of all documents and materials designated as Confidential Matter that were tendered to plaintiff and his counsel during the course of the litigation. Mr. Adams has represented that in lieu of returning the documents,

Attorney Jeanette Samuels has destroyed all confidential materials tendered to plaintiff during discovery. The parties are awaiting confirmation of that representation from Ms. Samuels.

3. As to the settlement between Plaintiff and the Cook County Defendants, the settlement has been approved. The matter will go before the Cook County Board on September 23, 2020, at which time the proceeds will be authorized and dispensed shortly thereafter.

4. Counsel for all parties have agreed on a Stipulation to Dismiss, which will be filed in conjunction with this Joint Status Report. The parties also will be submitting a proposed Agreed Order of Dismissal for entry by this Court. The proposed order contemplates that all claims will be dismissed without prejudice, which will automatically convert to a dismissal with prejudice 75 days from the entry of the order, unless a party moves to extend that date prior to the expiration of the 75 days.

Dated: August 26, 2020

By: /s/ Jarrett Adams

Jarrett Adams
Law Office of Jarrett Adams, PLLC
40 Fulton Street, Floor 23
New York, NY, 10038
*Attorney for Plaintiff*

Respectfully submitted,

MARK A. FLESSNER

Corporation Counsel of the City of Chicago

By: /s/ Paul A. Michalik

Special Assistant Corporation Counsel

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
*Attorneys for City of Chicago*

By: /s/ Brian Stefanich
Special Assistant Corporation Counsel

Andrew M. Hale
Brian Stefanich
Jennifer Bitoy
Hale Law LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
*Attorneys for Defendant Officers*

By: /s/ T. Andrew Horvat
Assistant State's Attorney

T. Andrew Horvat
Cook County State's Attorney's Office
500 Daley Center
Chicago, IL 60602
*Attorney for County Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **August 26, 2020**, I electronically filed the foregoing **Joint Status Report** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

                s/ Paul A. Michalik